1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   MAURICE R. POLK,                    )  CASE NO. CV 14-6281-JVS (PJW)
                                         )
11                Petitioner,            )  ORDER TO SHOW CAUSE WHY PETITION
                                         )  SHOULD NOT BE DISMISSED
12            v.                         )
                                         )
13   TIM V. VIRGA, WARDEN,               )
                                         )
14                Respondent.            )
     _____)

15

16        On May 1, 2014, Petitioner filed a Petition for Writ of Habeas

17   Corpus in the District Court for the Southern District of California,

18   challenging his continued incarceration in state prison.  (Petition at

19   1-2.)  He claims that there is a sentencing error in his release date

20   and that, therefore, he should have already been released.  (Petition

21   at 2, 4).  The Petition was subsequently transferred to this Court.

22        From the face of the Petition, it appears that these claims are

23   not cognizable on federal habeas review.  Petitioner has not alleged

24   that his continued incarceration is the result of a violation of any

25   federal law or the Federal Constitution.  *See*, *e.g.*, *Estelle v.*

26   *McGuire*, 502 U.S. 62, 67–68 (1991) (holding mere errors in the

27   application of state law are not cognizable on habeas corpus).

28   "Absent a showing of fundamental unfairness, a state court's

misapplication of its own sentencing laws does not justify federal habeas relief." *Christian v. Rhode*, 41 F.3d 461, 469 (9th Cir. 1994). As such, absent further explanation from Petitioner, they will be dismissed.

IT IS THEREFORE ORDERED that, no later than **December 22, 2014**, Petitioner shall inform the Court in writing why this case should not be dismissed for the reasons set forth above.  Failure to timely file a response will result in dismissal.

DATED: November 21, 2014

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\POLK, M 6281\OSC dismiss pet.wpd