UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE R. POLK, | ) | CASE NO. CV 14-6281-JVS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| TIM V. VIRGA, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: December 9, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\MJ - Polk v. Virga - Judgment.wpd